Certificate Number: 14424-GAS-DE-036181110

Bankruptcy Case Number: 21-10671

14424-GAS-DE-036181110

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2021, at 3:54 o'clock PM EST, Luticia Reese completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Georgia.

Date: December 4, 2021

By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor